# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **BRIAN DWAYNE JONES,** | ) |
| | ) Civil Action No. 7:17-cv-531 |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) By: Hon. Robert S. Ballou |
| | ) United States Magistrate Judge |
| **VIRGINIA POLYTECHNIC** | ) |
| **INSTITUTE AND STATE** | ) |
| **UNIVERSITY, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER[1]

For the reasons set forth in the accompanying memorandum opinion, it is hereby

**ORDERED**

that Defendant's Motion to Dismiss (Dkt. No. 4) is **GRANTED in part** and **DENIED in part**. Plaintiff is granted leave to amend the Complaint within ten (10) days of the date of this order.

Entered: September 24, 2018

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge

---

[1] This case is before me by consent under 28 U.S.C. § 636(c).